UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | INFORMATION CR 13-47 ADM |
| v. ) | |
| ) | 18 U.S.C. § 1343 |
| PETER STASICA, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
### (Wire Fraud)

1.  From in or about February 2011 through in or about August 2011, in the State and District of Minnesota, the defendant,

**PETER STASICA,**

did knowingly and intentionally devise and execute a scheme and artifice to defraud University of Minnesota Medical Center - Fairview ("Fairview") and others, and to obtain money by means of false and fraudulent pretenses, representations, and promises.

2.  Over the time-frame identified above, defendant, who was then Prosthetics Manager for Fairview's Orthotics and Prosthetics Department, began removing without authorization from Fairview prosthetics and prosthetic-related supplies (e.g. prosthetic liners, prosthetic socks) to sell on EBay.

SCANNED
MAR 08 2013
U.S. DISTRICT COURT ST. PAUL

FILED MAR 0 8 2013
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

3. Defendant also solicited under false pretenses from several patients prosthetics they were not using. Defendant would not disclose that he intended to sell, and did sell, their prosthetics on EBay.

4. On or about June 14, 2011, in the State and District of Minnesota, the defendant, for the purpose of executing the scheme and artifice to defraud, did cause to be transmitted in interstate commerce, by means of wire communication, certain signals and sounds, to-wit, an interstate electronic communication from EBay customer J.L. in North Dakota to defendant in Minnesota via PayPal for payment for a prosthetic.

5. All in violation of Title 18, United States Code, Section 1343.

### Forfeiture Allegations

6. Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

7. As the result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 1343.

8. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in

Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

9. All in violation of Title 18, United States Code, Sections 1343, 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Respectfully submitted,

Dated: March 8, 2013

B. TODD JONES
United States Attorney

BY: DAVID M. GENRICH
Assistant U.S. Attorney